NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ANTHONY BARBER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2012-3134

_____

Petition for review of the Merit Systems Protection Board in No. PH0752110180-I-1.

_____

**JUDGMENT**

_____

JOHN L-R POINDEXTER, Attorney at Law, of Washington, DC, argued for petitioner.

ERIC P. BRUSKIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and SCOTT D. AUSTIN, Assistant Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, LINN, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


July 16, 2013                    /s/ Daniel E. O'Toole
     Date                            Daniel E. O'Toole
                                     Clerk